**HIGHER EDUCATION ASSISTANCE FOUNDATION**
P.O. BOX 64788 • ST. PAUL, MN 55164-0788

After school completes application, mail HEAF and LENDER to the address.

HEAF USE ONLY

**GUARANTEED STUDENT LOAN (GSL) APPLICATION/ PROMISSORY NOTE**

SECTION A – TO BE COMPLETED BY BORROWER (PRINT IN INK – PRESS FIRMLY – OR TYPE)

1. NAME (NO NICKNAMES)
   LAST: Cooper    FIRST: Gregory    MI: D
2. SOCIAL SECURITY NUMBER: 579 96 1853
3. WHEN WERE YOU BORN: 12 / 04 / 67
4. PERMANENT ADDRESS: 1443 A St. N.E. #C
5. PERMANENT HOME PHONE: (202) 546-7762
   CITY: Wash. D.C.    STATE: D.C.    ZIP: 20002
6. U.S. CITIZENSHIP STATUS: [X] 1 U.S. CITIZEN OR NATIONAL
7. PERMANENT RESIDENT OF WHICH STATE: D.C.
8a. DRIVER'S LICENSE NUMBER: C-160-288-10    STATE: MD
9. ADDRESS OF BORROWER WHILE IN SCHOOL: Same As Above
10. PHONE AT SCHOOL ADDRESS: (202) 289-1865
11. MAJOR COURSE OF STUDY: 15
12. LOAN AMOUNT REQUESTED: $2,625.00
13. LOAN PERIOD FROM: 10/2/90 TO: 10/9/90
14. HAVE YOU EVER DEFAULTED ON A GSL, SLS, PLUS, FOR HHS, CONSOLIDATED OR INCOME CONTINGENT LOAN? [X] NO
15a. DO YOU HAVE ANY PRIOR UNPAID GSL LOANS? [X] NO
22a. NAME: Dorothy Cooper    STREET: 3908 Crystal Ln.    CITY/STATE/ZIP: Temple Hills, MD    PHONE: (301) 516-7762
22b. NAME: Anthony Nelson    STREET: 1443 A St N.E. #C    CITY/STATE/ZIP: Wash. DC 20002    PHONE: (202) 546-7762
22c. NAME: Terrence Pulley    STREET: 6513 Landover Rd    CITY/STATE/ZIP: Landover, MD 20785    PHONE: (301) 772-8144

SIGNATURE OF BORROWER: X Gregory D. Cooper    DATE: 7/03/90

SECTION B – TO BE COMPLETED BY SCHOOL
24. NAME OF SCHOOL: Scanners International Beauty Academy    PHONE: (202) 289-1865    SCHOOL CODE: 023274
27. ADDRESS: 1410 K Street, N.W. Washington, D.C. 20005
28. PERIOD LOAN WILL COVER: 02/05/90 to 08/05/90
30. ANTICIPATED GRADUATION DATE: 9/15/90
32. ADJUSTED GROSS INCOME: $13,845.00
33. COST OF ATTENDANCE FOR LOAN PERIOD: $10,491.00
34. ESTIMATED FINANCIAL AID FOR LOAN PERIOD: 0
35. EXPECTED FAMILY CONTRIBUTION: $7,348.00
36. DIFFERENCE: $3,143.00
37. SUGGESTED DISBURSEMENT DATES:
   1ST DISB: 02/05/90    2ND DISB: 05/05/90
SIGNATURE OF SCHOOL OFFICIAL: X Keesler L. King    DATE: 01/09/90    PRINT NAME AND TITLE: KEESLER L. KING FAD

SECTION C – TO BE COMPLETED BY LENDER
42. NAME OF LENDER: Independence Federal Savings Bank, c/o Loan Origination Center
LENDER CODE: 831038
43. ADDRESS: P.O. Box 64788    St. Paul, MN 55164-0788    (612) 291-8460
0035874110

50. IS THIS AN UNSUBSIDIZED LOAN? NO
52. LENDER USE ONLY: Mary Ann Ludwik, Mgr. APP REVIEW

SECTION D – TO BE COMPLETED BY HEAF
SIGNATURE OF LENDING OFFICIAL: X    DATE SIGNED: JAN 30 1990
REVIEWED #12
LENDER COPY

EXHIBIT A

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

        Gregory D. Cooper,
        Gregory Donnell Cooper
        1319 29th St. SE Apt. 2
        Washington, DC 20020-3657
        SSN: ███

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 04/14/06.

On or about 01/03/90, the borrower executed promissory note(s) to secure loan(s) of $2,625.00, from Independence Federal Savings Bank (St. Paul, MN) at a variable rate of interest to be established annually by the Department of Education. This loan obligation was guaranteed by Higher Education Assistance Foundation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $159.01 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 06/07/93, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,622.19 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 12/12/02, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $2,622.19 |
| Interest: | $2,104.88 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 04/14/06: | $4,727.07 |

Interest accrues on the principal shown here at the current rate of rate of 6.25% and a daily rate of $.45 through June 30, 2006, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 5/4/06        Name: [signature]
                                     Title: Loan Analyst
                                     Branch: Litigation

EXHIBIT B