UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 06-01287 (JGP) |
| | : | |
| Gregory D. Cooper, | : | |
| | : | |
| | : | |
| | : | |
| Defendant. | : | |

**PRAECIPE OF DISMISSAL**

In response to the Court's Order of August 2, 2007, will the clerk of the Court please dismiss this case without prejudice, as the defendant has not been found for service..

Respectfully submitted,

/s/

_____
Herbert A. Rosenthal
1020 19th Street, NW, Suite 400
Washington, DC  20036
Attorney for Plaintiff

Dated:  August 6, 2007